In the United States District Court
for the Eastern District of Kentucky
Covington Division

| | |
|---|---|
| Brett Claybern,<br><br>*On behalf of himself and those similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>Alexa Enterprises, Inc., *et al.*,<br><br>Defendants. | Case No. 2:21-cv-00006-DLB-EBA<br><br>Judge David L. Bunning<br><br>Magistrate Judge Edward B. Atkins |

Notice of Withdrawal of Plaintiffs' Motion to Lift the Stay

On August 3, 2021, Plaintiff filed Plaintiffs' Motion to Lift the Stay, Doc. 33. Plaintiff now files this Notice to inform the Court that he is withdrawing his previously filed Plaintiffs' Motion to Lift the Stay.

                                                Respectfully submitted,

                                                */s/ Riley Kane*
Andrew R. Biller (Ohio Bar No. 0081452)
Andrew P. Kimble (Ohio Bar No. 0093172)
Riley E. Kane (Ohio Bar No. 0100141)
Biller & Kimble, LLC
8044 Montgomery Rd., Ste. 515
Cincinnati, OH 45236
Telephone: (513) 715-8711
Facsimile: (614) 340-4620
*abiller@billerkimble.com*
*akimble@billerkimble.com*
*rkane@billerkimble.com*

1

www.billerkimble.com

*Counsel for Plaintiff and the putative class*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the above document was filed through the Court's ECF system, which will provide notice to all parties.

>                               /s/ *Riley Kane*
>                               Riley E. Kane