

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| Brett Claybern, *et al.*, <br><br> *On behalf of themselves and those similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> Alexa Enterprises, Inc., *et al.*, <br><br> Defendants. | Case No. 2:21-cv-00006-DLB-EBA <br><br><br><br> Judge David L. Bunning <br><br> Magistrate Judge Edward B. Atkins |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Brett Claybern, by and through his undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby tenders this Stipulation of Dismissal, signed by counsel for all parties appearing in this action, stipulating to the dismissal of his claims against Defendants Alexa Enterprises, Inc. and Kevin Ellis, in their entirety, with prejudice, with each party to bear its own attorney's fees and costs.

Respectfully submitted,

| | |
|---|---|
| */s/ Riley E. Kane* <br> Riley E. Kane <br> BILLER & KIMBLE, LLC <br> 8044 Montgomery Road, Suite 515 <br> Cincinnati, OH 45236 <br> Telephone: (513) 715-8711 <br> Facsimile: (614) 340-4620 <br> *rkane@billerkimble.com* <br><br> *Counsel for Plaintiffs and the putative class* | */s/ Kyle D. Johnson (with permission)* <br> Kyle D. Johnson <br> FROST BROWN TODD LLC <br> 400 West Market Street, 32nd Floor <br> Louisville, KY 40202-3363 <br> (502) 589-5400 <br> (502) 581-1087 (fax) <br> kjohnson@fbtlaw.com <br><br> *Counsel for Defendants Alexa Enterprises, Inc. and Kevin Ellis* |

8 March 22



Signed By:
**David L. Bunning**
United States District Judge

### CERTIFICATE OF SERVICE

I hereby certify that on the 2nd of March 2022 a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s/ Riley E. Kane
Riley E. Kane